JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
DANIELLE J. BARRAZA, ESQ.
Nevada Bar No. 13822
**MAIER GUTIERREZ AYON**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 629-7900
Facsimile: (702) 629-7925
E-mail: jag@mgalaw.com
djb@mgalaw.com

*Attorneys for Plaintiffs Kelly Stewart and Danielle Harrington*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KELLY STEWART, individually, and DANIELLE HARRINGTON, individually, | Case No.: 2:15-cv-01569-JAD-NJK |
| Plaintiffs, | **STIPULATION AND ORDER** |
| vs. | **(FIRST REQUEST)** |
| SBE RESTAURANT GROUP, LLC d/b/a HYDE LV LLC, a Nevada limited liability company; SPOONFUL MANAGEMENT LV, LLC, a Nevada limited liability company; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive, | |
| Defendants. | |

Plaintiffs Kelly Stewart and Danielle Harrington (collectively "Plaintiffs") and defendants SBE Restaurant Group, LLC and Spoonful Management LV, LLC (collectively "Defendants"), by and through their undersigned attorneys of record, hereby stipulate and agree that the deadline for Plaintiffs to file their opposition to Defendants' Motion for Summary Judgment (ECF No. 39) filed on July 6, 2016, shall be extended from August 1, 2016 to August 4, 2016 and Defendants' reply to Plaintiffs' opposition deadline shall be extended from August 15, 2016 to August 18, 2016.

The extension is requested due to Plaintiffs' law firm relocation to take place July 28, 2016



1

through August 1, 2016.

This is the first request for extension of the opposition deadline and is not intended to cause delay or prejudice to any party.

DATED this 27th day of July, 2016.　　　　　DATED this 27th day of July, 2016.

**MAIER GUTIERREZ AYON**　　　　　　　　**STOKES WAGNER ALC**


 /s/ Danielle J. Barraza　　　　　　　　　　 /s/ Diana L. Dowell
JOSEPH A. GUTIERREZ, ESQ.　　　　　　　JACQUELINE A. GODOY, ESQ., SBN 11385
Nevada Bar No. 9046　　　　　　　　　　　DIANA L. DOWELL, ESQ., CA SBN 258442
DANIELLE J. BARRAZA, ESQ.　　　　　　　PETER E. MARETZ, ESQ., CA SBN 144826
Nevada Bar No. 13822　　　　　　　　　　PAUL E. WAGNER, ESQ.,NY SBN 2620618
8816 Spanish Ridge Avenue　　　　　　　　HAYDEN R. PACE, ESQ.,CA SBN 219627
Las Vegas, Nevada 89148　　　　　　　　　600 West Broadway, Suite 910
*Attorneys for Plaintiffs Kelly Stewart and*　　San Diego, California 92101
*Danielle Harrington*　　　　　　　　　　　*Attorneys for Defendants SBE Restaurant Group, LLC d/b/a Hyde LV LLC and Spoonful Management LV, LLC*

　　　　IT IS SO ORDERED;

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　DATED: __July 28, 2016_____



2